**Heather Renye**

| | |
|---|---|
| **From:** | Heather Renye |
| **Sent:** | Wednesday, February 4, 2026 12:02 PM |
| **To:** | david.catuogno_klgates.com; 'jon.edel@klgates.com'; daniel.eliades_klgates.com; mholt_formanlaw.com; cforman_formanlaw.com; 'Holly Smith Miller'; 'samantha.lieb2@usdoj.gov'; jeffrey.m.sponder_usdoj.gov; 'lauramae110@gmail.com'; 'mherz@foxrothschild.com'; mkye_kyelaw.com; 'jonathan.edel@klgates.com'; Peter.Dauria@klgates.com; 'frankoswald@teamtogut.com'; 'spertuz@pertuzlaw.com'; 'luis@li-bankruptcy.com' |
| **Subject:** | Skyline Tower Resort Vacation Condominium Association Inc.  25-22156 - Hearing on February 20, 2026 |
| **Importance:** | High |

Counsel-

Judge Altenburg is unable to conduct hearings on February 10. Instead, Judge Poslusny will hear the Motion for Entry of an Order (I) (A) Approving Auction and Bidding Procedures, (B) Scheduling Bid Deadlines and Auction, and (C) Approving the Form and Manner of Notice Thereof, and (II) (A) Authorizing the Sale of Assets and (B) Granting Related Relief (Doc. No. 90) **but he will do so at 2:00 p.m.** Parties may appear by Zoom or in person. In light of the objection that has been filed (Doc. No. 126), unless that objection is resolved, pursuant to  D.N.J. LBR 9013-3, the parties are authorized to present oral testimony to address the concerns raised about the bid protections, the establishment of bidding requirements and the remaining items raised by the US Trustee.

Thank you.

Heather Renye
Courtroom Deputy for the Honorable Andrew B. Altenburg, Jr.
US Bankruptcy Court
401 Market Street
Camden, NJ 08101
856-361-2353