**FILED**

JEANNE A. NAUGHTON, CLERK

MAR 23 2026

U.S. BANKRUPTCY COURT
CAMDEN, N.J.

BY_____ DEPUTY

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| In Re: Skyline Tower Resort Vacation Condominium Assoc. Inc. |

Case No.: 25-22156

Adversary No.: _____

Chapter: 11 Small Business Subchapter V

Judge: Altenburg

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.  **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated.  A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:  Lisa Caputo
(Example: John Smith, creditor)

Old address:  533 Skylark Dr. Toms River, NJ 08755

New address:  676 McCormick Dr. Toms River, NJ 08753

New phone no.:  Same Phone - 732-267-2311
(if debtor is filing and their phone number has changed).

❑ Check here if you are a debtor or a joint debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

Debtor's DeBN account number: _____

Joint debtor's DeBN account number: _____

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:   3\11\26

Signature

rev.1/27/2025

Superior Court of NJ
101 South 5th Street
Camden, NJ 08103

FRAYED

US POSTAGE PITNEY BOWES

ZIP 08103
02 4W $ 000.74
0000370643 MAR 18 2026

US Bankruptcy Court
401 Market Street
Camden, NJ 08102

081C281568 C004