UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Forman Holt**
365 West Passaic Street
Suite 400
Rochelle Park, NJ 07662
Telephone: (201) 857-7110
Facsimile: (201) 665-6650
Charles M. Forman, Esq. (CMF-8937)
cforman@formanlaw.com
Michael E. Holt, Esq. (MEH-8735)
mholt@formanlaw.com
*Counsel for Debtor*

**K&L Gates LLP**
One Newark Center
1085 Raymond Boulevard, 10th Floor
Newark, NJ 07102
Telephone: (973) 848-4000
Facsimile: (973) 848-4001
Daniel M. Eliades, Esq. (DME-6203)
daniel.eliades@klgates.com
David S. Catuogno, Esq. (DSC-1397)
david.catuogno@klgates.com
Peter J. D'Auria, Esq. (PJD-3709)
peter.dauria@klgates.com
*Special Counsel for Debtor*

| | |
|---|---|
| In re:<br><br>SKYLINE TOWER RESORT VACATION CONDOMINIUM ASSOCIATION, INC.,[1]<br><br>            Debtor. | Case No. 25-22156 (ABA)<br><br>Judge  Hon. Andrew B. Altenburg, Jr.<br>Chapter 11 (Subchapter V) |

**CERTIFICATION OF JOANNE POWELL IN SUPPORT
OF APPLICATION FOR RETENTION OF JOANNE POWELL, CPA, P.A.
<u>AS ACCOUNTANT FOR FOR DEBTOR</u>**

---

1 The last four digits of Debtor's tax identification number are 5824. Debtor's primary place of business is 100 S. North Carolina Ave, Atlantic City, NJ 08401.

I, Joanne Powell, being of full age, certify as follows:

1.      My firm is seeking authorization to be retained as accountant for Skyline Tower Resort Vacation Condominium Association, Inc., the debtor and debtor-in-possession (the "Debtor") herein.

2.      My professional credentials include:  I am a Certified Public Accountant.  I have the appropriate accounting skills and personnel needed to perform the services required by the Debtor.

3.      I am a member of or associated with the firm of:  Joanne Powell, CPA, P.A., 5136 South Pointe Drive, Inverness, FL 33450.

4.      A copy of my firm's engagement agreement is attached as Exhibit A.  The proposed arrangement for compensation is as follows:  Joanne Powell, CPA, P.A. will charge a flat fee of $7,750 for auditing of financial statements and preparation of the federal tax return for the tax year 2025.

5.      To the best of my knowledge, after reasonable and diligent investigation, my connection with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☐      None

☒      Describe connection:

My firm provided pre-petition services for the Debtor as set forth in the Engagement Agreement attached hereto as Exhibit A.  My firm has no other known connection with any parties in interest in this matter.

2

4935-0306-7547, v. 1

6.      To the best of my knowledge, after reasonable and diligent investigation, the connection of my firm, its members, shareholders, partners, associates, officers and/or employees with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☐      None

☒      Describe connection:

My firm provided pre-petition services for the Debtor as set forth in the Engagement Agreement attached hereto as Exhibit A.  My firm has no other known connection with any parties in interest in this matter.

7.      To the best of my knowledge, my firm, its members, shareholders, partners, associates, officers and/or employees and I (check all that apply):

☒    do not hold an adverse interest to the estate.

☒    do not represent an adverse interest to the estate.

☒    are disinterested under 11 U.S.C. §101(14).

☐ do not represent or hold any interest adverse to the debtor or the estate with

respect to the matter for which I will be retained under 11 U.S.C. §327(e).

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


*/s/ Joanne Powell*
Joanne Powell, CPA

Dated:  March 25, 2026

3

4935-0306-7547, v. 1